IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 12–cv–02684–MSK–KMT

KRISTIN MCINTOSH,

    Plaintiff,

v.

BOTTOM LINE MANAGEMENT, INC., a Colorado corporation, d/b/a JOSE O'SHEA'S CAFÉ AND CANTINA, and
JAMES E. HOTCHKISS, an individual,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

"Defendants' Unopposed Motion for Uniform Responsive Pleading Deadline" (Doc. No. 13, filed Nov. 5, 2012) is GRANTED. Defendants shall answer or otherwise respond to Plaintiff's Complaint no later than November 28, 2012.

Dated: November 6, 2012