IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 12–cv–02684–MSK–KMT

KRISTIN MCINTOSH,

    Plaintiff,

v.

BOTTOM LINE MANAGEMENT, INC., a Colorado corporation, d/b/a JOSE O'SHEA'S CAFÉ AND CANTINA, and
JAMES E. HOTCHKISS, an individual,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's Motion for Leave of Court to Amend the Complaint" (Doc. No. 18, filed Nov. 28, 2012) is GRANTED pursuant to Federal Rule of Civil Procedure 15(a)(1). More specifically, because Defendants have not answered or otherwise responded to Plaintiff's original complaint, Plaintiff is permitted to amend its complaint once as a matter of course. *See* Fed. R. Civ. P. 15(a)(1). The Clerk of Court is directed to file Plaintiff's Amended Complaint (Doc. No. 18-1.)

Dated: November 29, 2012